IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIKAH GIVENS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |
| | : | |
| *Defendant.* | : | **NO. 25-cv-1245** |

# ORDER

**AND NOW**, this **12th day** of **November 2025**, following a review of the docket in the case and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that counsel for the Defendant, having failed to comply with the Court's Order, ECF No. 43, and having violated the Local Civil Rules of the Eastern District of Pennsylvania regarding notification of case settlement, must provide compensation to the arbitrators named in the Court's Order (ECF No. 47) in the amount of $175.00[1] for each arbitrator, for a total of $525.00, within five (5) days of the date of this Order. Counsel for the Defendant are **DIRECTED** to contact the arbitration clerk to obtain mailing addresses for the arbitrators to provide payment and to inform the Court once all payments are made.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] *See* Local Civil Rule 53.2, subsection 2, setting forth the arbitrators' compensation for services in each case assigned to them for arbitration.